UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SADDIYAH ALI,

                      Plaintiff,

       -v-

UPORT, LLC and YECHIEL
WEINBERGER,

                      Defendants.
------------------------------------------------------------- X

19 Civ. 9092 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The case management conference scheduled for December 12, 2019 at 2:30 p.m. is hereby rescheduled to December 12, 2019 at 9:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 15, 2019
       New York, New York