UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
SADDIYAH ALI, :
: 19 Civ. 9092 (PAE)
Plaintiff, :
: ORDER
-v- :
:
UPORT, LLC and YECHIEL :
WEINBERGER :
:
Defendants. :
X
------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the hearing scheduled for February 26, 2020, at 4 p.m. is hereby rescheduled to February 26, 2020, at 11 a.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 18, 2020
New York, New York